UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RHIANNON YANCEY, | Civil No. 3:21-CV-05531-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

It is hereby ORDERED that the Commissioner will remand the case to an administrative law judge for a de novo hearing and decision under sentence six of 42 U.S.C. § 405(g). The Commissioner will file with the court any additional or modified findings of fact and decision, and, if the Commissioner has not made a fully favorable decision to Plaintiff, a transcript of the additional record and testimony upon which the Commissioner's action was based. 42 U.S.C. § 405(g).

DATED this 22nd day of October, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Page 1    ORDER - [3:21-CV-05531-BAT]

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov